BUSHWICK SAVINGS BANK *v.* CAROLINE TRAUM et al.

ROSA HERMANN et al., as Executors of HENRY HERMANN, Deceased, et al., Appellants; ANNIE M. STEUERWALD, Respondent.

*Bushwick Savings Bank* v. *Traum*, 26 App. Div. 532, affirmed.
(Argued January 10, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1898, modifying a final order of Special Term in surplus proceedings. ·

*William L. Mathot* for appellants.

*J. Stewart Ross* for respondent.

Order affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., and BARTLETT, J., dissenting.